# ROBERT MARINELLI

ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

August 12, 2016

**BY ECF**

Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Eric Reyes et al. v. City of New York, et al.*, 16 CV 1160 (LDH)(RER)

Your Honor:

    I represent plaintiff in the above referenced matter. I write to respectfully move for an order unsealing the Grand Jury testimony of both plaintiff and police officers in the case <u>People of the State of New York v. Eric Reyes</u>, Docket No. 2013KN029461. The defendants take no position concerning this request.

                                    Yours truly,

                                    /ss/

                                  Robert Marinelli